```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | HONORABLE JOSEPH E. IRENAS |
| v.   : | |
| : | CRIMINAL ACTION No. 06-76 (JEI) |
| JEVON LEWIS, AHMED JUDGE, and : | |
| MACK JONES   : | |
| : | **REVISED SCHEDULING ORDER** |

**APPEARANCES:**

Howard J. Wiener, Esq.
Diana V. Carrig, Esq.
Office of the U.S. Attorney
401 Market Street
4th Floor
Camden, NJ 08101
    Counsel for United States of America

David S. Rudenstein, Esq.
9411 Evans Street
Philadelphia, PA 19115
    Counsel for Defendant, Jevon Lewis

Rocco C. Cipparone, Jr., Esq.
203-205 Black Horse Pike
Haddon Heights, NJ 08035
    Counsel for Defendant, Ahmed Judge

LOUGHRY & LINDSAY LLC
By: Justin T. Loughry, Esq.
330 Market Street
Camden, NJ 08102
    Counsel for Defendant, Mack Jones


**IRENAS**, Senior District Judge:

    The Court having entered a Scheduling Order on March 10, 2008, setting deadlines for briefing on any post-verdict motions, the Court having received a letter from Mr. Rudenstein dated March 26, 2008, requesting an extension of time to file such

briefing, and for good cause appearing;

**IT IS** on this 31st day of March, 2008,

**ORDERED THAT:**

All previously established briefing deadlines shall be extended by forty-five (45) days.

s/ Joseph E. Irenas
**JOSEPH E. IRENAS, S.U.S.D.J.**